————o————

## No. 6219.

## JAMES GARLICK vs. WILLIAMS MEDICAL & SURGICAL INSTRUMENT, ET AL.

Appeal from the Civil District Court for the Parish of Orleans, Division "A," No. 91,041. Honorable T. C. W. Ellis, Judge.

Stafford, Landry & Robinson, for plaintiff and appellee.

James McConnell, Jr., for defendant and appellee.

Dinkelspiel, Hart & Davey, Nix & Tichenor, attorneys.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

This is an appeal from judgments dissolving an injunction taken out against an execution, taxing certain costs, and regulating certain matters of compensation between the parties.

The appellant has filed no assignment of errors, furnished no brief, and favored us with no oral argument. An examination of the record suggested no error.

Affirmed.

Opinion and decree, December 7th, 1914.